# IN THE SUPREME COURT OF THE STATE OF NEVADA

RAYMOND MAX SNYDER,
Petitioner,
vs.
THE FOURTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF ELKO;
AND THE HONORABLE ROBERT E.
ESTES (SENIOR JUDGE),
Respondents,
 and
LAUARA ANN SNYDER,
Real Party in Interest.

No. 83620

**FILED**

OCT 22 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION*

This original, emergency, pro se petition for a writ of mandamus or prohibition challenges the district court's refusal to consider and rule on various post-divorce-decree motions and seeks relief from respondent's and her counsel's actions in the divorce proceedings.

Having considered the petition and supporting documents,[1] we conclude that our extraordinary intervention is not warranted. In

---

[1]Exhibit 4 to petitioner's appendix, received in this court on October 13, 2021, consists of a flash drive, purportedly containing audio and video files of a district court hearing. As the flash drive was improperly submitted to the court, *see* NRAP 30(b)(1) (requiring that copies of necessary transcripts be included in the appendix); *see also* NRAP 9(c) (governing the preparation of certified copies of transcripts); NRAP 10(b)(2) (governing the filing of exhibits), we decline to review Exhibit 4 and direct the clerk of this court to strike the exhibit from the appendix and return it, unfiled, to petitioner. The clerk shall file the remainder of the appendix.

21-30486

particular, a writ of mandamus or prohibition may issue only when there exists no adequate and speedy remedy at law, and an appeal is generally an adequate and speedy legal remedy precluding writ relief. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004); *see* NRS 34.170; NRS 34.330. Here, petitioner can and has appealed from the pertinent orders challenged in this writ petition, *see Snyder v. Snyder*, Docket Nos. 81887/82756/83029, and he thus may raise his concerns in the consolidated appeals. Accordingly, writ relief is unavailable, and we

ORDER the petition DENIED.[2]

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:  Chief Judge, The Fourth Judicial District Court
     Hon. Robert E. Estes, Senior Judge
     Raymond Max Snyder
     Woodburn & Wedge
     Elko County Clerk

———————————

[2]As real party in interest has not been directed to file an answer to the petition, *see* NRAP 21(b)(1), we disregard her October 14, 2021, notice of intention not to file and serve a response.